UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| TEKESHA DRIVER, | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| v. | § | CASE NO. 4:22-cv-03646 |
| | § | |
| | § | |
| CASCADE CAPITAL LLC, | § | |
| | § | |
| *Defendant.* | § | |

---

**NOTICE OF WRONG ADDRESS PROVIDED BY PLAINTIFF**

---

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant CASCADE CAPITAL, LLC ("Cascade") and files its *Notice of Wrong Address Provided by Plaintiff* as follows.

1. On or about December 20, 2022, Cascade's counsel received the *Notice of Removal* it mailed to Plaintiff to effectuate service as "undeliverable." <u>Doc. 1</u>.

2. After looking into the issue, Cascade's counsel found the issue—Plaintiff misspelled her address in the signature block of her state-court Petition. <u>Doc. 1-1</u> at 7.

3. The address Plaintiff provided in her signature block is as follows:

   15255 Grayride Dr. #725
   Houston, TX 77082

4. Plaintiff's actual address is as follows:

   15255 Gray Ridge Dr. #725
   Houston, TX 77082

3.      All documents that Cascade has sent by mail to Plaintiff for service were sent using the incorrect address Plaintiff provided.

4.      Cascade's *Notice of Removal* is currently the only document that has been returned as "undeliverable." *Id*.

5.      Every document filed in this matter has also been emailed to Plaintiff using the email that Plaintiff provided on Complaint. <u>Doc. 1-1</u> at 7.  Counsel for Cascade has never received a notification that any email has not been received.

7.      In an abundance of caution, Cascade sent all documents filed in this matter to Plaintiff again on December 22, 2022 using the correct address. <u>Exhibit A</u>. Cascade also emailed Plaintiff the same using the email address she provided in her Complaint. <u>Doc. 1-1</u> at 7; <u>Exhibit B</u>.


Dated: December 22, 2022.                     Respectfully submitted,

**FROST ECHOLS LLC**

<u>/s/ Cooper Walker</u>
COOPER M. WALKER
<u>Mailing Address:</u>
P.O. Box 12645
Rock Hill, SC 29731
<u>Physical Address:</u>
2100 Alamo Rd., Unit T
Richardson, TX 75080
Phone: (972) 754-2069
Email: <u>Cooper.Walker@frostechols.com</u>

***COUNSEL FOR CASCADE CAPITAL, LLC.***

## **<u>CERTIFICATE OF SERVICE</u>**

This is to certify that a true and correct copy of the foregoing document has been forwarded via **Email and CMRRR** to all parties entitled to notice of the same on this 22nd day of December, 2022.

Tekesha Driver
15255 Gray Ridge, # 725
Houston, TX 77082

/s/ Cooper Walker
COOPER M. WALKER